ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Aaron S. Craig          State Bar No. 204741
    ACraig@aalrr.com
Shawn M. Ogle          State Bar No. 266259
    SOgle@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Plaintiff and Cross-Defendant BOILING
POINT GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| BOILING POINT GROUP, INC., a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>FONG WARE CO. LTD., FONGWARE LLC, FONG WARE INDUSTRIAL CO., LTD, and KEN-ZUEI LIU,<br><br>           Defendants. | Case No.  2:16-cv-01672-RGK-JEM<br><br>**JOINT WITNESS AND EXHIBIT LIST** |
| FONG WARE CO. LTD., a California corporation,<br><br>           Cross-Complainant,<br><br>v.<br><br>BOILING POINT GROUP, INC., a California corporation,<br><br>           Cross-Defendant. | |

Plaintiff and Cross-Defendant Boiling Point Group, Inc. ("Plaintiff"), on the one hand, and Defendants FongWare LLC, Fong Ware Industrial Co. Ltd., and Ken-Zuei Liu, and Defendant and Cross-Complainant Fong Ware Co. Ltd. (collectively "Defendants"), on the other hand, hereby submit their Joint Witness List and Joint

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015395.00008
15589944.1

Exhibit List as required by Order of the Court as follows:

**PLAINTIFF'S WITNESS LIST**

| Witness Name | Brief Statement of Testimony | Unique Aspect of Testimony | Anticipated Length of Testimony |
|---|---|---|---|
| 1.   Rick (Chi How)   Chou, CEO,   Boiling Point   Group, Inc. | Mr. Chou will testify upon his role in the design process of the '811 Patent and the relevant prior art, as well as the formation and growth of Boiling Point Group and the importance of the '811 Patent to its recent success. | As Plaintiff's CEO and the inventor of the '811 Patent, Mr. Chou offers a unique perspective to this matter.  In particular, Mr. Chou is the best person to testify upon the company's background, the design process, and the relevant prior art. | 1 hour |
| 2.   Kenny   Chen,   Restaurant   Operations   Manager,   Boiling  Point   Group, Inc. | The patent-in-suit, Plaintiff's patented products; similarities between the '811 Patent and the Accused Product | Mr. Chen was charged with reducing to practice the design embodied in the '811 Patent; he will lay foundation for Ms. Harper's expert infringement analysis. | 1 hour |
| 3.   Calvin   Chang,  Chief | Plaintiff's business strategy and how it was | Mr. Chang is Plaintiff's Chief | 1 hour |

JOINT WITNESS AND EXHIBIT LIST

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| Witness Name | Brief Statement of Testimony | Unique Aspect of Testimony | Anticipated Length of Testimony |
|---|---|---|---|
| Marketing Officer, Boiling Point Group, Inc. | impacted by the Accused Product; the importance of the '811 Patent to Plaintiff | Marketing Officer and is the best person to testify regarding Plaintiff's business strategy, how such strategy was impacted by the Accused Product, and the importance of the '811 Patent to Plaintiff; he will lay foundation for Mr. Buss' expert opinion re damages. | |
| 4. Eric Chen | Rooster Creatives' role in the patent-in-suit | Mr. Chen is the only employee from Rooster Creatives who will testify at trial and he is the best person to testify upon Rooster Creative's role in the '811 Patent. | 1 hour |
| 5. Rhonda | Expert testimony | Ms. Harper is the | 2.0-2.5 |

015395.00008
15589944.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| Witness Name | Brief Statement of Testimony | Unique Aspect of Testimony | Anticipated Length of Testimony |
|---|---|---|---|
| Harper | regarding liability issues, including possible confusion by the ordinary observer between the '811 Patent and the Accused Product | only witness who will provide expert testimony regarding liability issues, including confusion by the ordinary observer between the '811 Patent and the Accused Product | hours |
| 6. Brian Buss | Expert testimony upon Plaintiff's damages | Mr. Buss is the only witness who will provide expert testimony regarding Plaintiff's damages | 1 hour |
| 7. Jack Chang, Custodian of Records for JC Foodservice Inc. dba Action Sales | Mr. Chang will testify about the number of accused products purchased by Action Sales from Defendants | Mr. Chang will help to lay foundation for the volume of accused products sold by Defendants — a figure Defendants have refused to provide. | 1 hour |
| 8. Ken-Zuei Liu, by | Mr. Liu will testify about Defendants' | Mr. Liu's deposition testimony shows that | 1 hour |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| Witness Name | Brief Statement of Testimony | Unique Aspect of Testimony | Anticipated Length of Testimony |
|---|---|---|---|
| reading portions of his deposition transcript | manufacture, sale, use, and/or importation of the Accused Product, and the sale and/or importation of the FW-1243 into the United States | Defendants manufactured, sold, used, and/or imported the Accused Product into the United States. Mr. Liu's deposition testimony will also show that Defendants did not sale or import into the United States the FW-1243 until September 2012 | |

## DEFENDANTS' WITNESS LIST

Pursuant to Local Rule 16-5, Defendants and Counterclaimant FONG WARE CO. LTD; FONGWARE LLC; FONG WARE INDUSTRIAL CO. LTD; and KEN-ZUEI LIU (collectively "FW Defendants") respectfully submit the following list of witnesses that it intends to call for testimony.

1. Feng Yi Liu: May be contacted through counsel. Mr. Liu may testify regarding non-infringement, prior art, design, development, functionality, invalidity, anticipation, obviousness, marketing, products, lack of deception/confusion, sales/financial matters of Fong Ware Industrial Co. Ltd. and its dealings and communication with other FW Defendants. Additionally, this witness may testify

015395.00008
15589944.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1  relating to Plaintiff's '811 Patent and the alleged infringing products and affirmative

2  defenses.

3       Mr. Liu is uniquely able to testify as to the design, manufacturing of Fong

4  Ware's hot pot holders as well as well as the original of the Taiwanese hot pot

5  history and also because of his position as the CEO of Fong Ware Industrial Co. Ltd

6  (a Taiwanese corporation), he possesses knowledge concerning the operation,

7  marketing, financial aspects of this company.

8            Anticipated length of testimony: 4 hour.

9       2.    Ken Zuei Liu: May be contacted through counsel.  Mr. Liu may testify

10  regarding non-infringement, prior art, design, development, functionality, invalidity,

11  anticipation, obviousness, marketing, products, lack of deception/confusion,

12  sales/financial matters of Fong Ware Industrial Co. Ltd. and its dealings and

13  communication with other FW Defendants. Additionally, this witness may testify

14  relating to Plaintiff's '811 Patent and the alleged infringing products and affirmative

15  defenses.

16       Mr. Ken Liu is uniquely able to testify as to the dealings by Fongware, LLC

17  and Fong Ware Co. Ltd with Action Sales, its distributor in the United States. He is

18  also instrumental in the design of Fong Ware's hot pot holders and also because of

19  his position as the CEO of Fong Co. Ltd, FongWare, LLC, he possesses knowledge

20  concerning the operation, marketing, financial aspects of these two companies.

21       Anticipated length of testimony: 4 hour.

22       3.    Shunien Huang:  May be contacted through counsel.  Mrs. Huang may

23  testify regarding non-infringement, prior art, design, development, functionality,

24  invalidity, marketing, products, sales of Fong Ware Industrial Co. Ltd. and its

25  dealings and communication with other FW Defendants. Additionally, this witness

26  may testify relating to Plaintiff's '811 Patent and the alleged infringing products.

27       Mrs. Liu is uniquely able to testify as to the marketing and accounting aspects

28  Fong Ware Industrial Co. Ltd.  She also possesses knowledge concerning the hot pot

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1 industry in Taiwan, operation, marketing, financial aspects of Fong Ware Industrial
2 Co. Ltd.

3 Anticipated length of testimony: 2 hour.

4 4. Chinchen Liu:  May be contacted through counsel.  Mr. Liu may testify
5 regarding non-infringement, prior art, design, development, functionality, invalidity,
6 anticipation, obviousness, marketing, products, lack of deception/confusion,
7 sales/financial matters of Fong Ware Industrial Co. Ltd. and its dealings and
8 communication with other FW Defendants. Additionally, this witness may testify
9 relating to Plaintiff's '811 Patent and the alleged infringing products and affirmative
10 defenses.

11 Mr. Ken Liu is uniquely able to testify as to the design of the Fong Ware
12 Ware hot pot holder because of his involvement and design background.

13 Anticipated length of testimony: 2 hour.

14 5. Ricardo Hsu:  Action Sales, 415 S. Atlantic Blvd., Monterey Park. 909-
15 539-7979.  This witness may testify regarding non-infringement, sales, product
16 development, its dealings and communication with FW Defendants and Action
17 Sales' customers.

18 Mr. Hsu is uniquely able to testify regarding Action Sales' dealings and
19 communication with Fong Ware Defendants.

20 Anticipated length of testimony: 2 hour.

21 6. Andy Wu: 12953 Cozzens Ave., Chino, CA. 626-437-1437.  This
22 witness may testify regarding non-infringement, sales, product development, its
23 dealings and communication with FW Defendants and Action Sales' customers.

24 Mr. Wu is uniquely able to testify regarding Action Sales' dealings and
25 communication with Fong Ware Defendants and Action Sales' customers.

26 Anticipated length of testimony: 2 hour.

27 7. Shiyi Guo: 13338 Barcelona Pl, Chino, CA. 909-313-8686.  This
28 witness may testify regarding non-infringement, sales, product development,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

Boiling Point's restaurant operation, customer dealings, experience and usage of its Hot Pot holder.

Ms. Guo is uniquely able to testify regarding Boiling Point's usage of its Hot Pot holder and customer dealings, and Boiling Point's training and operations. Anticipated length of testimony: 2 hour.

8.     Rick Chou*, c/o Plaintiff's counsel. This witness may testify regarding the Boiling Point's marketing, operation, design patent non-infringement, functionality, invalidity.

Defendants believes this witness will be able to uniquely testify regarding the design and communication regarding Boiling Point's hot pot holder.

Anticipated length of testimony: 2 hour.

9.     Kenny Chen*, c/o Plaintiff's counsel. This adverse witness may testify regarding the Boiling Point's marketing, operation, design patent non-infringement, functionality, invalidity. Anticipated length of testimony: 2 hour.

10.     Eric Chen*, c/o Plaintiff's counsel. This adverse witness testify regarding the design of Plaintiff's hot pot, '811 patent and communication regarding the design and '811 Patent. Anticipated length of testimony: 2 hour.

11.     Michael Lin*, c/o Plaintiff's counsel. This adverse witness may testify regarding the Boiling Point's marketing, operation, design patent non-infringement, functionality, invalidity. Anticipated length of testimony: 4 hour.

12.     Dylan Chou*, c/o Plaintiff's counsel. This adverse witness may testify regarding the Boiling Point's marketing, operation, design patent non-infringement, functionality, invalidity.  Anticipated length of testimony: 2 hour.

**\* These four witnesses listed or could be called by Plaintiff all have refused to appear for their properly noticed depositions on the ground that Plaintiff was entitled to complete its depositions of defendants' witnesses <u>before</u> they are required to appear for Defendants' depositions.  As such, Defendant has filed a motions in limine seeking to exclude the named witnesses from testifying at**

trial and said motion is currently scheduled for May 1, 2017.   As such, Defendants and Counterclaimants will revise the foregoing in accordance with the Court's ruling on the pending Motions in Limine.

## PLAINTIFF'S EXHIBIT LIST

**The following key is Key to Abbreviations for Specific Objections:**

L = Defendants and counterclaimant reserves the right to seek a limiting instruction for the use of this exhibit at trial.

M – Subject to Motions in Limine

N = Disclosed after the discovery cut-off in violation of scheduling order.

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 1 | | Intentionally Left Blank | | | | |
| 2 | | Intentionally Left Blank | | | | |
| 3 | | Intentionally Left Blank | | | | |
| 4 | 03/16/17 | Corporate Records & Business Registrations for Fong Ware Co. Ltd. | | | | M, N, 402, 403, 801, 901 |
| 5 | 03/16/17 | Corporate Records & Business Registrations for FongWare LLC | | | | M, N, 402, 403, 801, 901 |
| 6 | 03/16/17 | Westlaw People Map Report – Ken Zuei Liu | | | | M, N, 402, 403, 801, 901 |
| 7 | 03/11/16 | Complaint for Infringement of United States Design Patent No. D680811 | | | | |
| 8 | 05/19/16 | First Amended Complaint for Infringement of United States Design Patent No. D680811 | | | | |

015395.00008
15589944.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 9 | 06/16/16 | Defendants Fong Ware Co. Ltd. and FongWare, LLC's Answer to Boiling Point Group, Inc.'s First Amended Complaint and Counterclaims | | | | |
| 10 | Various | Report of Publicly Available Databases Re Importation Information | | | | M, N, 402, 403, 801, 901 |
| 11 | Various | Invoice and Packing Lists, Bates numbers Fong Ware 000031 through Fong Ware 000038 | | | | |
| 12 | Various | Invoice and Packing Lists, Bates numbers Fong Ware 000115 through Fong Ware 000134 | | | | |
| 13 | | Intentionally Left Blank | | | | |
| 14 | Various | Invoices, Bates numbers Fong Ware 000237 through Fong Ware 000269 | | | | |
| 15 | 06/02/16 | Action Sales Invoice | | | | M, N, 402, 403, 801, 901 |
| 16 | | Intentionally Left Blank | | | | |
| 17 | Undated | Catalog, Bates numbers Fong Ware 000227 through Fong Ware 000234 | | | | |
| 18 | Undated | Catalog, Bates numbers Fong Ware 000273 through Fong Ware 000284 | | | | |
| 19 | Undated | Catalog, Bates numbers Fong Ware 000286 through Fong Ware 000294 | | | | |

015395.00008
15589944.1

JOINT WITNESS AND EXHIBIT LIST

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 20 | Undated | Catalog, Bates numbers Fong Ware 000330 through Fong Ware 000338 | | | | |
| 21 | 09/01/12 | Bill of Lading, Bates numbers Fong Ware 000135 through Fong Ware 000139 | | | | |
| 22 | 09/05/12 | Invoice, Bates numbers Fong Ware 000140 through Fong Ware 000143 | | | | |
| 23 | | Intentionally Left Blank | | | | |
| 24 | | Intentionally Left Blank | | | | |
| 25 | | Intentionally Left Blank | | | | |
| 26 | 06/11 | Rooster Creatives drawings of patented hot pot apparatus, Bates numbers P-000104 through P-000110 | | | | 602, 801, 802, 106, 901, 1002 |
| 27 | 02/14/12 | Design Patent Application No. US 29/413,366 | | | | |
| 28 | 04/30/13 | Design Patent No. US D680,811 S | | | | |
| 29 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000185 | | | | 402, 403, 602, 801, 901 |
| 30 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000187 | | | | 402, 403, 602, 801, 901 |
| 31 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000188 | | | | 402, 403, 602, 801, 901 |
| 32 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000191 | | | | 402, 403, 602, 801, 901 |
| 33 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000193 | | | | 402, 403, 602, 801, 901 |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015395.00008
15589944.1

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 34 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000213 | | | | 402, 403, 602, 801, 901 |
| 35 | Undated | Pre-2012 Boiling Point hot pot burner, Bates number P-000216 | | | | 402, 403, 602, 801, 901 |
| 36 | Undated | Picture of Boiling Point menu, Bates number P-000201 | | | | 402, 403, 602, 801, 901 |
| 37 | Undated | Picture of Boiling Point menu on restaurant wall, Bates number P-000202 | | | | 402, 403, 602, 801, 901 |
| 38 | Undated | Picture of Boiling Point menu on restaurant wall, Bates number P-000205 | | | | 402, 403, 602, 801, 901 |
| 39 | | Boiling Point advertising material, Bates number P-000018 through P-000019 | | | | 402, 403, 602, 801, 901 |
| 40 | 03/01/16 | Picture of FW-1308 from top angle close-up | | | | |
| 41 | 03/01/16 | Picture of FW-1308 from top | | | | |
| 42 | 03/01/16 | Picture of FW-1308 from side | | | | |
| 43 | 03/01/16 | Picture of FW-1308 bird's eye view | | | | |
| 44 | 03/01/16 | Picture of FW-1308 bird's eye view close-up | | | | |
| 45 | 03/01/16 | Picture of FW-1308 from top angle | | | | |
| 46 | 11/29/16 | Ken-Zuei Liu's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories | | | | |

JOINT WITNESS AND EXHIBIT LIST

015395.00008
15589944.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 47 | 11/29/16 | FongWare LLC's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories | | | | |
| 48 | 11/29/16 | Fong Ware Co. Ltd's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories | | | | |
| 49 | 11/29/16 | Fong Ware Industrial Co. Ltd's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories | | | | |
| 50 | Various | Documents of Prior Art Cited by Patent Examiner on Design Patent No. US D680,811 | | | | |
| 51 | 02/17 | Picture of FW-1243 Bates number 000167 | | | | |
| 52 | 02/17 | Picture of FW-1308 Bates number 000198 | | | | |
| 53 | 02/17 | Picture of FW-1243 Bates number 000222 | | | | |
| 54 | 03/01/17 | Plaintiff's Preliminary Rule 26(a)(2) Expert Disclosure | | | | |
| 55 | 03/16/17 | Deposition Transcript of Ken-Zuei Liu | | | | M, N, 402, 403, 106 |
| 56 | 03/23/17 | Plaintiff's First Supplemental Rule 26(a)(2) Expert Disclosure | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 57 | 03/24/17 | Plaintiff's Second Supplemental Rule 26(a)(2) Expert Disclosure | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 58 | 03/21/17 | Declaration of Custodian of Records of JC Foodservice, Inc. DBA Action Sales Certifying Records Pursuant to Rules of Evidence 803(6) and 902(11) | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 59 | Various | Records produced by JC Foodservice, Inc. DBA Action Sales | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 60 | Undated | The FW-1308 device | | | | |
| 61 | Undated | The Boiling Point hot pot apparatus | | | | |
| 62 | 03/17 | Side-by-Side Picture of FW-1243 vs. FW-1308 vs. BP Apparatus | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 63 | 03/17 | Side-by-Side Picture of FW-1243 vs. FW-1308 vs. BP Apparatus at Table-top level | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 64 | Undated | Instagram Post from _adalys regarding Pot on Fire | | | | M, N, 701-703 402, 403, 602, 801, 802, 901 |

//
//
//

JOINT WITNESS AND EXHIBIT LIST

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015395.00008
15589944.1

## DEFENDANTS' AND COUNTERCLAIMANT'S EXHIBIT LIST

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 100 | Various | Pictures of FW hot pot and BP's Hot pot taken on February 21, 2017 | | | | |
| 101 | | Molds and related design paperwork. Bates numbers Fong Ware 3 through 8; 325 through 329 | | | | |
| 102 | | Shipping and Invoices – Bates numbers Fong Ware 7, 31 through 28, 115 through 143 | | | | |
| 103 | | Prior Art Bates Number 9 through 30 | | | | FRE 402, 602, 801, 802, 901, 1002 |
| 104 | | Prior Art, Bates numbers Fong Ware 39 through 93 | | | | FRE 402, 602, 801, 802, 901, 1002 |
| 105 | | Bates numbers Fong Ware 3 through 6 and 8, 146, 147, 148, 149, 151, | | | | |
| 106 | | Original Fong Ware Hot Pot, Bates numbers Fong Ware 174 through 176, 206, 207, 208, 220, 221, 222, 223, 270 through 272, 339 | | | | FRE 402, 403 |
| 107 | | Catalog of Items available for sale. Bates numbers Fong Ware 177 through 191 | | | | FRE 402, 602, 801, 802, 901, 1002 |
| 108 | | Alleged infringing Hot Pot, Bates numbers Fong Ware 196 through 199, 209, 211, 219 | | | | |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 109 | | Other hot pot holders, Bates numbers Fong Ware 200 through 205, 210, 211 | | | | FRE 402, 403 (as to 210-211) |
| 110 | | Catalog of Items for Sale, Fong Ware Bates Numbers 224 through 226. | | | | FRE 402, 602, 801, 802, 901, 1002 |
| 111 | | Catalog of Items for Sale, Fong Ware Bates Numbers 227 through 234, 273 through 294, 330 through 338 | | | | |
| 112 | | Taiwan Patents, Bates Numbers 295 through 324. | | | | FRE 402, 403 |
| 113 | | Similar hot pot holder, Bates Numbers 340 through 350 | | | | M<br><br>FRE 402, 602, 801, 802, 901, 1002 |
| 114 | | Similar hot pot holder, Bates Number 351 through 361 | | | | M<br><br>FRE 402, 602, 801, 802, 901, 1002 |
| 115 | | Various online articles concerning the use of other hot pot holders, Bates Numbers 361 through 374. | | | | M<br><br>FRE 402, 602, 801, 802, 901, 1002 |
| 116 | | Other hot pot holders, Bates Numbers 375 through 384 | | | | M<br><br>FRE 402, 602, 801, 802, 901, 1002 |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015395.00008
15589944.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 117 | | Various online articles, Bates Numbers 385 through 409 | | | | M<br><br>FRE 402, 602, 801, 802, 901, 1002 |
| 118 | | Boiling Point's Objections and Responses to Defendant's First Set of Requests for Production of Documents and Interrogatories | | | | |
| 119 | | Boiling Point's Objections and Responses to Defendant's First Set of Requests for Production of Documents and Interrogatories | | | | |
| 120 | | Plaintiff's Initial Disclosure Rule 26(a)(1) | | | | |
| 121 | | Physical Sample of FW alleged infringing Hot Pot Holder and related accessories | | | | Defendants have not disclosed any such physical sample or related accessories or made them available for inspection |
| 122 | | Physical Sample of FW original Hot Pot Holder and related accessories | | | | Defendants have not disclosed any such physical sample or related accessories or made them available for inspection |

015395.00008
15589944.1

JOINT WITNESS AND EXHIBIT LIST

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 123 | | Cease and Desist letter by Boiling Point | | | | N<br><br>FRE 402, 403 |
| 124 | | Michael Lin's Declaration ISO Boiling Point's Opposition to Defendants' Motion for Summary Judgment | | | | |
| 125 | | Plaintiff's Response to Defendants' Statement of Uncontroverted Facts (Dkt 78) | | | | Motions and related documents are not evidence |
| 126 | | Physical sample of Boiling Point's Hot Pot Holder that embodies the '811 Patent's design. | | | | Defendants have not disclosed any such physical sample or related accessories or made them available for inspection |
| 127 | | '811 Patent Application, Plaintiff Bates Number 1 through 17. | | | | |
| 128 | | Plaintiff's Bates Number 18 through 51. | | | | |
| 129 | | Plaintiff's Bates Numbers 55 through 60 | | | | |
| 130 | | Plaintiff's Bates Numbers 61 through 103 | | | | |
| 131 | | Plaintiff's Bates Numbers 104 through 110. | | | | |
| 132 | | Plaintiff's Bates Numbers 111 through 118. | | | | |

015395.00008
15589944.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 133 | | Plaintiff's Bates Numbers 119 through 180. | | | | |
| 134 | | Plaintiff Bates Numbers 182-184. | | | | |
| 135 | | Plaintiff Bates Numbers 185 through 216 | | | | |
| 136 | | Plaintiff Bates Numbers 224, 217. | | | | |
| 137 | | Plaintiff Bates Numbers 239, 244. | | | | |
| 138 | | Plaintiff Bates Numbers 245 through 286. | | | | |
| 139* | | Plaintiff Bates Number 287 through 354 | | | | Defendants' Objections:[1] M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 140* | | Plaintiff Bates Numbers 355 through 483. | | | | Defendants' Objections:[2] M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 141* | | Plaintiff Bate number 497 | | | | Defendants' Objections:[3] M, N, 701-703 402, 403, 602, 801, 802, 901 |
| 142* | | Plaintiff Bates Number 498 through 556. | | | | Defendants' Objections:[4] M, N, 701-703 402, 403, 602, 801, 802, 901 |

[1] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

[2] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

[3] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

[4] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

015395.00008
15589944.1

- 19 -
JOINT WITNESS AND EXHIBIT LIST

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

| EXH. NO. | DATE | DESCRIPTION | ID'D | ADMITTED | STIP. | Basis for Objection |
|---|---|---|---|---|---|---|
| 143* | | Plaintiff Bates Number 557 through 686 | | | | Defendants' Objections:[5] M, N,701-703 402, 403, 602, 801, 802, 901 |
| 144 | | Counterclaim filed by Defendants | | | | Defendants' Objections:[6] M, N,701-703 402, 403, 602, 801, 802, 901 |
| 145 | | Answer by Plaintiff to Defendants' counterclaim | | | | Defendants' Objections:[7] M, N,701-703 402, 403, 602, 801, 802, 901 |

*   These exhibits are produced after the discovery-cutoff and, consequently, Defendants did not have the opportunity to review them adequately and therefore may not be needed by Defendants for trial purpose.

Dated:  April 10, 2017          ATKINSON, ANDELSON, LOYA, RUUD & ROMO


                                By:   /s/ Aaron S. Craig
                                      Aaron S. Craig
                                      Shawn M. Ogle
                                      Attorneys for Plaintiff and Cross-Defendant BOILING POINT GROUP, INC.

---

[5] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

[6] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

[7] It is unclear to Plaintiff why Defendants are objecting to their own exhibits.

1    Dated:  April 10, 2017                CONTINENTAL LAW FIRM, APLC

2

3                                          By:  /s/ Grant Y. Chien
                                              Grant Y. Chien
4                                             Attorney for Defendants and Cross-
                                              Complainant FONG WARE, LTD,
5                                             FONGWARE LLC, FONG WARE
                                              INDUSTRIAL CO. LTD and KEN-
6                                             ZUEI LIU

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015395.00008
15589944.1

JOINT WITNESS AND EXHIBIT LIST