KING & SPALDING LLP
Aaron S. Craig          State Bar No. 204741
     ACraig@kslaw.com
633 W. Fifth Street, Suite 1700
Los Angeles, California 90071
Telephone:      (213) 443-4355
Fax:            (213) 443-4310

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Shawn M. Ogle          State Bar No. 266259
     SOgle@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone:      (562) 653-3200
Fax:            (562) 653-3333

Attorneys for Plaintiff and Cross-Defendant BOILING
POINT GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| BOILING POINT GROUP, INC.,<br>a California corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>FONG WARE CO. LTD.,<br>FONGWARE LLC, FONG WARE<br>INDUSTRIAL CO., LTD, and<br>KEN-ZUEI LIU,<br><br>                     Defendants. | Case No.  2:16-cv-01672-RGK-JEM<br><br>**PLAINTIFF BOILING POINT<br>GROUP, INC.'S SHORT<br>NARRATIVE STATEMENT OF<br>EXPERT QUALIFICATIONS AND<br>EXPECTED TESTIMONY** |
| FONG WARE CO. LTD., a California<br>corporation,<br><br>                     Cross-Complainant,<br><br>v.<br><br>BOILING POINT GROUP, INC.,<br>a California corporation,<br><br>                     Cross-Defendant. | |

*(left margin, vertical)* ATKINSON, ANDELSON, LOYA, RUUD & ROMO — A PROFESSIONAL CORPORATION — ATTORNEYS AT LAW — Error! No text of specified style in document.

015395.00008
15728954.1

In accordance with the Court's Order for Jury Trial dated September 13, 2016 [Dkt. 54], Plaintiff Boiling Point Group, Inc. ("Plaintiff") hereby submits its short narrative of statements of qualifications and expected expert testimony of the experts that Plaintiff intends to call at trial.

## I.    Rhonda Harper

### A.    Short Narrative Statement of Qualifications

Ms. Harper has more than 25 years of consumer marketing experience, with specific interests in consumer research and behavior in retail environments as well as product management. Ms. Harper is the former top marketing executive at Walmart/Sam's Club.  She has also held senior marketing positions at VF Corporation, Nabisco, and Warner-Lambert.  Ms. Harper has testified at trial on 11 occasions in recent years, including patent, trademark, and trade dress cases. Her expert engagements also include multiple cases involving restaurants.  Ms. Harper's professional qualifications are more fully set forth in Exhibit A.

### B.    Short Narrative Statement of Expected Testimony

Ms. Harper is expected to testify upon the following conclusions: (1) that the Ordinary Observer, in light of the relevant prior art, would conclude that the overall appearance of the Accused Product is substantially the same as the '811 Patent or a colorable imitation of the '811 Patent; (2) that the Ordinary Observer would likely believe that the Accused Product is sold by Plaintiff, or by a company associated or affiliated with Plaintiff; (3) there exists a likelihood that Defendants have been unjustly enriched from the apparent association with Plaintiff and the '811 Patent; (4) the differences between Defendants' alleged prior art, the FW-1243, and the Accused Product and the '811 Patent are substantial, such that an Ordinary Observer would conclude that the design of the Accused Product is closer to the '811 Patent than it is to the FW-1243.

## II.   Brian Buss

### A.    Short Narrative Statement of Qualifications

Mr. Buss is a Chartered Financial Analyst with over 20 years of experience in valuations, financial analysis, and corporate finance.  Mr. Buss holds a Master's in Business Administration. Mr. Buss has authored and presented numerous articles and presentations on damages analysis in infringement matters.  Mr. Buss has also provided expert analysis and testimony in over 20

PLAINTIFF'S SHORT NARRATIVE STATEMENT OF EXPERT QUALIFICATIONS AND
EXPECTED TESTIMONY

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

1  litigation matters.  Mr. Buss's professional qualifications are more fully set forth in Exhibit B.

2  **B.**  **Short Narrative Statement of Expected Testimony**

3  Mr. Buss is expected to testify upon Plaintiff's damages under 35 U.S.C. § 289 in the form

4  of the profits Defendants derived from their sales of the infringing FW-1308.  Mr. Buss will

5  conclude that (1) Defendants' revenues from the sale of the Accused Product are not less than

6  $66,800; (2) Defendants' profits from the sale of the Accused Product are not less than $45,435;

7  and (3) in light of the incomplete information Defendants provided regarding their sales, the

8  amounts may well be substantially in excess of those figures.

9

10

11  Dated:  April 26, 2017                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

12

13                                           By:    /s/ SHAWN M. OGLE
                                                   Aaron S. Craig
14                                                 Shawn M. Ogle
                                                   Attorneys for Plaintiff and Cross-Defendant
15                                                 BOILING POINT GROUP, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

# EXHIBIT A

Rhonda Harper Expert Report – March 2017

## APPENDIX A – PROFESSIONAL HISTORY

Exhibit 1: Professional History

Exhibit 2: CV

Exhibit 3: Expert Testimony Experience

RHONDA HARPER EXPERT REPORT

***EXHIBIT 1: PROFESSIONAL HISTORY***

Rhonda J. Harper, M.B.A. | Rhonda Harper LLC | rhonda@rhondaharperllc.com

PROFESSIONAL EXPERIENCE
CEO, Penrose Senior Care Auditors, Dallas, TX – *2013 – Present*
Rhonda Harper LLC, Dallas, TX - *2010 – Present*
CEO, RTM&J Management & Marketing Consulting, Atlanta, GA
CMO & VP Marketing, Walmart Sam's Club, Bentonville, AR
CMO & VP Marketing, VF Corporation VFI, Alpharetta, GA
Director / SVP, Ketchum Public Relations, Atlanta, GA and Dallas, TX
Global Director, Marketing Communications, UPS, Atlanta, GA
Marketing Promotion Director, Nabisco Biscuit Division, E. Hanover, NJ

PROFESSIONAL AFFILIATIONS
* American Marketing Association
* Brand Activation Association, Board of Directors
* Public Relations Society of America
* Council of American Survey Research Organizations
* American Association for Public Opinion Research
* Marketing Research Association
* ALFA / Argentum – Assisted Living Federation of America

EDUCATION
* Master of Business Administration (M.B.A.), Emory University, Atlanta, GA, 1988
* Bachelor of Science (B.S.), Education / Math Resource (Math for Teachers), Illinois State University, 1984

OTHER EXPERIENCE
* Adjunct Marketing Professor, American University, Washington DC
* Adjunct Marketing Professor, Fairleigh Dickinson, Madison, NJ
* M.B.A. Case Competition Judge, Emory University, Atlanta, GA
* Board of Directors, Emory University Goizueta Business School Alumni Association
* Keynote Speaker for Corporations, Colleges, and Associations
* Guest Lecturer, Emory University Goizueta Business School
* Co-Founder and Board Member Emerita, Leadership Worth Following, Dallas, TX

015395.00008
15434605.1

**EXHIBIT A, Page 6**

Rhonda Harper Expert Report – March 2017

*EXHIBIT 2: CV*

RHONDA HARPER, MBA
Dallas, Texas

Founder & CEO, Penrose Senior Care Auditors. Dallas, TX 2013-present - Created the Senior Care
  Auditor service category and career field. Penrose Senior Care Auditors® is the first and only
  nationwide tech/app-enabled service that provides family oversight of their seniors. Created
  certification program for independent PenroseCertified Senior Care Auditors. BBB Accredited. AARP
  Top 10 Innovation Health/Tech Start-Ups 2016. Geriatrics Society of America's Top 15 Innovation
  Tech for Seniors Start-Ups 2016. North American Finalist, 2016 Cartier Women's Initiative business
  case competition in partnership with McKinsey & Co., INSEAD, and The Women's Forum.

Owner, Rhonda Harper, LLC. Dallas. TX 2010-Present - Providing expert testimony in 70+ cases across a
  range of issues: defamation, contract breakage, advertising, consumer confusion, merchandising,
  product sales losses, brand valuation, licensing, distribution and sale, trademark and patent
  infringement. Areas of specialization include: Surveys, Research, Digital, Ecommerce, Case
  Consulting, Expert Report, Rebuttal Testimony, and Expert Testimony. Partial client list: O'Melvany &
  Meyers; Kirkland & Ellis; Anderson & Anderson; Greenberg Traurig; Akin Gump Strauss Hauer &
  Feld; Morris Manning & Martin; Munger, Tolles & Olson; Morrison & Foerster.

Global Director, Communications, UPS. Atlanta, GA 2011-2012 - Led global communications team to
  provide internal and external marketing communications for all business products and services. Created
  and implemented CRM, SEO/SEM, social, eMail, direct mail, and other integrated campaigns.
  Successfully launched UPS My Choice, the first B2C initiative and the largest launch in the company's
  history. Responsible for global agencies.

Director / GM / SVP of Ketchum Public 2005 – 2007 - Led and managed the Atlanta and Dallas offices
  of 100+ professionals, the second largest P&L globally, which serviced the southern half of the United
  States. Increased client income 33% while delivering 37% operating margin, up 3 ppts over plan.
  Launched five new practices including Social, Retail, and Energy. Simultaneous to RTM&J experience.

Founder, Owner & CEO. RTM&J LLC. Atlanta, GA 2002 - 2010 - Led the strategic marketing
  consultancy of up to 15 professionals focused on organic growth strategies for Fortune 1000
  corporations. Worked directly with the C-Suite and executive teams on projects ranging $50k - $300k
  and taking 4-12 weeks. Clients included: Arby's, CTCA, The Coca-Cola Company, CSM, Equifax,
  HSN, IBM, Kellogg's, Russell, Sage Software, SC Johnson, Target, The Home Depot, and Tyson
  Foods. Also provided Expert Testimony services.

Vice President of Marketing, Sam's Club. Officer, WALMART. Bentonville, AR 2000-2002 - Top
  marketing officer reporting to the President and CEO. Led team of 75+ to manage national and regional
  brand, trade, innovation, creative, production, strategic planning, advertising, promotion, public
  relations, interactive, research / insights, CRM, direct mail, interactive, in-store merchandising and
  signage for Sam's Club, a $40 billion division. Managed a ~$150MM+ advertising, direct mail, email,
  communications and promotion budget. Responsible for all agencies.

Vice President of Marketing, VFI. Officer, VF CORP. Alpharetta, GA 1998-2000 - Top marketing officer
  reporting to the President. Led team of 15+ professionals to create and implement brand marketing
  strategy, licensing, brand, trade, creative, research / insights, innovation, in-store merchandising,
  communications, direct mail, advertising, promotion, public relations, and interactive for VFI, a $1.5
  billion division of the world's largest apparel manufacturer. Managed a ~$40MM budget.

**EXHIBIT A, Page 7**

RHONDA HARPER EXPERT REPORT

1984 – 1998 - <u>Nabisco Biscuit Promotional Marketing Director</u>. E. Hanover, NJ. Led team of 25+ to create and implement all promotional marketing for $4 billion Biscuit division. <u>Warner Lambert Promotion Marketing Division Manager</u>. Morris Plains, NJ. Member of the Listerine brand team, a $300 million business. Subsequently led team of 20+ for all promotional marketing for $1.5 billion consumer healthcare division. <u>American Red Cross Marketing and Corporate Development Director</u>. Washington DC. Increased blood collections by 22% through geo-demographic emotive lifestyle segmentation and direct marketing. Created diversified revenue stream strategy, raising more than $400 million annually. <u>High School Math Teacher</u>. Atlanta, GA. Created management and discipline program which was shared system-wide. Created curriculum, increasing the state passage rate among students by 76%. Voted "Teacher of the Year."

EDUCATION & OTHER
- MBA, Emory University Goizueta Business School, 1988 – Vice-President
- BS, Education / Math Resource, Illinois State University, 1984
- Co-Founder, Board Member, Leadership Worth Following www.worthyleadership.com
- Board Member, Emory University Goizueta Business School
- Board Member, Promotion Marketing Association
- Adjunct MBA Marketing Professor, American University and Fairleigh Dickinson
- Keynote Speaker: corporations, associations, and organizations
- Authored and published two books
- Board Member, Partnership Against Domestic Violence www.padv.org

015395.00008
15434605.1

Rhonda Harper Expert Report – March 2017

## EXHIBIT 3: EXPERT TESTIMONY EXPERIENCE

Rhonda Harper                    Expert Testimony                    1/26/17

## Rhonda Harper Expert Testimony Experience

| # | Firm | Case No. | Case | State | Court | Case Type | Representing | Consulting | Survey | Report | Rebuttal Report | Deposition | Trial |
|---|------|----------|------|-------|-------|-----------|-------------|-----------|--------|--------|-----------------|-----------|-------|
| 1 | Akin Gump Strauss Hauer & Feld | 4:10-cv-4184 | The Coca-Cola Company and Simply Orange Juice Company v. PEPSICO, Inc., Tropicana Products, Inc., Tropicana Manufacturing Company, Inc., and Quaker Sales & Distribution Inc. | TX | United States District Court Southern District of Texas Houston Division | Trade Dress - Likelihood of Confusion | P | 1 | | 1 | | | |
| 2 | Albritton Law Firm | | TankWorks et al. v. Alpha Tanks & Pump, Inc. et al. | | United States District Court for the Eastern District of Texas | Trade Dress - Secondary Meaning | P | 1 | | 1 | | | |
| 3 | Altman Law Group | 2:13-cv-766 ICM NJ | Russell Road Food and Beverage LLC v. Michael Galam | NV | United States District Court of Nevada Southern Division | Trademark - Likelihood of Confusion | D | 1 | | 1 | | | |
| 4 | Anderson & Anderson LLP | 91205110 | Ate My Heart, Inc v. Ga Ga Jeans Ltd. | FED | United States Patent and Trademark Office Before the Trademark Trial and Appeal Board | Trademark - Likelihood of Confusion | D | | | | 1 | | |
| 5 | Assourian & Associates Inc. | | Philippines Food Corporation, Henry Sy, and Elseo Sy v. New Age Global and Glenn Abadir | | | Breach of Contract - Distribution Performance | P | 1 | | | | | |
| 6 | Atkinson, Addelson, Loya, Ruud & Romo | 2:16-cv-01672 | Boiling Point Group, Inc. v. Fong iWare Co. Ltd. | CA | United District Court Central District of California Los Angeles | Patent Design Infringement | P | 1 | | 1 | | | |
| 7 | Barnes & Thornburg LLC | 12201-08 | The Mrs. Fields Brand, Inc. v. Interbake Foods LLC | DE | Court of Chancery of the State of Delaware | Breach of Contract - Licensing Performance | D | 1 | | 1 | 1 | 1 | 1 |
| 8 | Benton Law Firm | cc-12-05979-B | Saregusa v. Jeff Arnold, Sock and Accessory Brands Global, Inc. | TX | County Court of Dallas | Breach of Contract - Distribution Performance | P | 1 | | 1 | 1 | 1 | |
| 9 | Brinks Gilson & Lione | cv13-02147-AB | Grupo Bimbo and Barcel USA LLC v. Snak-King Corp. | CA | United States District Court for the Central District of California Central Division | Trademark and Trade Dress - Likelihood of Confusion | P | | | 1 | | 1 | |
| 10 | Bowman Brooke | DC-12-06-5109-E | Dogus Brands, LLC v. SSB Holdings | TX | United States District Court of Dallas County Texas | Trademark - Likelihood of Confusion | P | 1 | | 1 | | | |
| 11 | Brown Fox Law | 11-13758 | Meadows v. Abercrombie and Fitch, Inc. | TX | United States District Court of Dallas County Texas 68th Judicial District | Personal Injury - Merchandising | P | 1 | | 1 | | 1 | |
| 12 | Colley Shroyer and Abraham | | Bradley v. DG | OH | United States District of Northern Ohio | Personal Injury - Product | P | 1 | | | | | |
| 13 | Connelly Rose | 3:15-cv-01870-B | Townsquare Commerce LLC v. Groupon Inc. | TX | United States District Court for the Northern District of Texas Dallas Division | Trade Dress - Secondary Meaning | P | | 1 | 1 | | | |
| 14 | Cox Wootton Lerner | NC055587 | Harbor Breeze Corporation v. Newport Landing Sportfishing, Inc., Davey's Locker Sportfishing Inc., and Thor V. Brisbin | CA | The Superior Court of California, County of Los Angeles | Misleading Advertising | P | 1 | 1 | 1 | | 1 | 1 |
| 15 | Clark Hill* | 7:14-cv-157D | CTB, Inc. v. Hog Slat Inc. | NC | United States District Court Eastern District of North Carolina Southern Division | Trade Dress - Likelihood of Confusion and Secondary Meaning | P | | 3 | 3 | | | |

015395.00008
15434605.1

**EXHIBIT A, Page 9**

RHONDA HARPER EXPERT REPORT

Rhonda Harper                                     Expert Testimony                                     1/26/17

| Firm | Case No. | Case | State | Court | Case Type | Representing | Consulting | Survey | Report | Rebuttal Report | Deposition | Trial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 David Howard Law Firm PC | 13-20063-cf-Graham | United States of America v. Lawrence Foster | FL | United States District Court for the Southern District of Florida | Advertising Fraud | D | 1 | | 1 | | 1 | 2 |
| 17 Davis Firm | 6:16-cv-317 | Tinnus, LP v. Kidztech Toys Manufacturing Ltd.; | TX | United States District Court for the Eastern Division of Texas Tyler Division | Trademark - Likelihood of Confusion | P | 1 | 1 | 1 | | | |
| 18 Dawson Parish PC | | Cottens Catering v. Cottens | TX | United States District Court Northern District of Texas Dallas Division | Trademark - Likelihood of Confusion | P | 1 | | | 1 | | |
| 19 Ditthavong & Steiner | | Certain Electronic Devices for Containing Strengthened Glass and the Packaging Thereof | FED | United States International Trade Commission | Trademark - Likelihood of Confusion | P | 1 | 2 | 2 | 2 | | |
| 20 Dunlap Bennett & Ludwig | 6:16-cv-33 | Tinnus Enterprises, LLC and Zuru Ltd. v. Telebrands Corporation | FED | United States Patent and Trademark Office | Patent Infringement and Dilution | P | | 3 | 2 | | | 1 |
| 21 Enviro-Safe Laboratories Internal Council | | Enviro-Safe Laboratories, Inc. v. MRi Flo18/e Speeding Company | | | Breach of Contract - Packaging | P | 1 | 1 | 1 | | | |
| 22 Espinosa Trueba PL | B:15-cv-00390-T 23TGW | Yellowfin Yachts, Inc. v. Barker Boatworks, LLC and Kevin Barker | | United States District Court Middle District of Florida Tampa Division | Trade Dress - Likelihood of Confusion and Secondary Meaning | P | | 1 | 1 | 1 | | |
| 23 Feldman Law Group | 14-cv-1750 SAS sSP | The Katinol Company, Inc. v. Kati Junction | NY | United States District Court Southern District of New York | Trademark - Likelihood of Confusion | D | | 1 | 1 | | 1 | |
| 24 Fitzhugh Aivaleno and Lee | CIV.A, 03-12020-EFH | First Act Inc. v. Brook Mays Music Company, Inc. | MA | United States District Court, D. Massachusetts | Defamation | D | 1 | | 1 | | 1 | 1 |
| 25 Foley & Lardner LLP | 5-14-cv-02417 | Solar Sun Rings, Inc. v. Secard Pools | CA | United States District Court Central District of California Eastern Division Riverside | Trademark and Trade Dress - Likelihood of Confusion | D | | 2 | 2 | | | |
| 26 Foster Pepper PLLC | 15-cv-1804-MAT | Talking Rain Beverage Company, Inc. v. DS Services of America | WA | United States District Court Western District of Washington at Seattle | Trademark - Likelihood of Confusion | D | | | | | 1 | |
| 27 Foust Partners | | Foust, Amazon Tickles Inc. v. Amazon | | | Trademark - Likelihood of Confusion | P | 1 | | 1 | | | |
| 28 Friedman & Felger | 3:15-cv-00202-P | Cloudy Collaborations, LLC v. Metro Vapors, LLC | TX | United States District Court Northern District of Texas Dallas Division | Trademark - Likelihood of Confusion | P | | 1 | 1 | | | |
| 29 Franklin Law Firm PLC | cv2012-052272 | Supermedia, LLC v. Cool-Ace Air, LLC | AZ | Superior Court of the State of Arizona in and for the County of Maricopa | Breach of Contract - Advertising/Damages | D | | | 1 | | 1 | |
| 30 Goodsill Anderson Quinn & Stifel | 92061559 | Island Slipper Factory, Ltd. v. The Art Source, Inc. DBA Island Sole, Registrant | FED | United States Patent and Trademark Office Before the Trademark Trial and Appeal Board | Trade Dress - Likelihood of Confusion | P | 1 | | | | | |
| 31 Gray Robinson | | RGS Labs v. Sherwin Williams | FL | | | P | | | | | 1 | |
| 32 Greenberg Traurig LLP | 06-7367 MH | Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden Inc. and Rearden Properties LLC v. Rearden Commerce, Inc. | CA | United States District Court Northern District of California San Francisco Division | Trademark - Likelihood of Confusion | D | | | 1 | | 1 | |
| 33 Hartline Dacus Barger Dreyer LLP | 14-cv-941 | Starpower Home Entertainment Systems, Inc. v. Starlight AV, Inc. | TX | United States District Court Northern District of Texas Dallas Division | Trademark - Likelihood of Confusion | D | 1 | 1 | 1 | | 1 | |

Page 2 of 5

19

015395.00008
15434605.1

**EXHIBIT A, Page 10**

Rhonda Harper Expert Report – March 2017

Rhonda Harper                                     Expert Testimony                                     1/26/17

| | Firm | Case No. | Case | State | Court | Case Type | Representing | Consulting | Survey | Report | Rebuttal Report | Deposition | Trial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | James H Horton Law Offices PC | cv-2012-61574-333 | Advertising Consulting Services, Inc. d/b/a College Guide Magazine v. The Campus Pages LLC, My Lonestar Pages, Inc. and Kelly Murray individually and d/b/a Murray Creative Solutions of Murray Creative Solutions | TX | District Court 393rd Judicial District of Denton County Texas | Trademark - Likelihood of Confusion | P | | | 1 | | | |
| 35 | Kane Russell Coleman & Logan PC | | Bar Louis v. Louis Wine Dive | NY | | Trademark - Likelihood of Confusion | P | | 1 | 1 | | | |
| 36 | Kirkland & Ellis LLP | 5:06-cv-7267LHK-PSG | Stonefire Grill, Inc. v. FGF Brands, Inc., et al. | CA | United States District Court Northern District of California San Jose Division | Trademark - Likelihood of Confusion | P | | | 1 | | 1 | |
| 37 | Law Offices of Mark B. Rosen | 4:09-cv-00377 | Hallmark Cards, Inc. v. Janet L. Murley | MO | United States District Court for the Western District of Missouri | Breach of Contract - Employment | D | 1 | | 1 | | | |
| 38 | Law Offices of William G. Shaw Jr. | 6:09-cv-00171-LED | Litepanels, Ltd. v. Switronix, Inc., Prompter People, Inc. d/b/a Q-Gear, Flolight, LLC and Omega Broadcast Group, LP | TX | United States District Court for the Eastern Division of Texas Tyler Division | Trademark - Likelihood of Confusion | P | | 1 | 1 | | 1 | |
| 39 | Lowe Hauptmann Ham & Berner LLP | | New Lock Party Ltd of the United Kingdom v. Locks Parks Ltd of New York City and Sears Robuck | NY | United States District Court Southern District of New York | Trademark - Likelihood of Confusion | P | | 1 | 1 | | | |
| 40 | Madden & Madden PA | 1:12-cv-02993-NH-KMW | Newborn Bros., Co. v. Alolon Engineering Company | NJ | United States District Court for the District of New Jersey | False Advertising | P | 1 | | 1 | | | |
| 41 | Mark G. Usdin PA | 16-2011-CA-003644 | Harris Rein v. Ross Dress For Less, Inc. | FL | Circuit Court Fourth Judicial Circuit, In and For Duval County Florida | Personal Injury - Merchandising | P | | | 1 | | 1 | 1 |
| 42 | Merchant Law Group | C.B. No 1907 of 2013 | Jason Sandoff and Cindy Retaflick v. Loblaw Companies Limited and Loblaws Inc. | CAN | Court of Queen's Bench for Saskatchewan Judicial Center of Regina | Class Action False Product Advertising | P | 1 | | 1 | | | |
| 43 | McCathern Weinberg & Ramirez PLLC | DC-13-14159 | Stewart v. Michael's Stores, Inc. | TX | Judicial District Court Dallas County Texas | Personal Injury - Merchandising | P | | | 1 | | 1 | |
| 44 | Michael Freund & Associates | | Nutritional Supplements | CA | | | | 1 | | | | | |
| 45 | Morris Manning & Martin | 9119547E | AI-connect, Inc. v. Digital Mojo, Inc. | FED | United States Patent and Trademark Office Before the Trademark Trial and Appeal Board | Trademark - Likelihood of Confusion | P | | 1 | 1 | | | |
| 46 | Morrison & Foerster LLP | 37-2003-00094395 CU-BF-CTL | Hernandez v. Restoration Hardware, Inc. | CA | Superior Court of California County of San Diego | Class Action - Consumer Privacy and Advertising | D | 1 | | 1 | | | |
| 47 | Mullin Russ RKejian PC | | The Lash Lounge | TX | | Unfair Trade Practices | P | 1 | | | | | |
| 48 | Munger Tolles & Olsen LLP | 3:112-cv-2906-GPC-RGS | Juhline, etc. v. Ben Bridge Jeweler, Inc. | CA | United States District Court Southern District of California | Class Action - Consumer Privacy and Advertising | D | 1 | | | | | |
| 49 | Niro Haller & Niro Ltd. | 1:11-cv-05476 | Black & Decker Corporation v. Positec USA and AW Direct | IL | United States District Court for the Northern District of Illinois Eastern Division | Trade Dress - Likelihood of Confusion | P | 1 | 1 | | | | |

Page 3 of 5

015395.00008
15434605.1

**EXHIBIT A, Page 11**

RHONDA HARPER EXPERT REPORT

Rhonda Harper                                   Expert Testimony                                   1/26/17

| | Firm | Case No. | Case | State | Court | Case Type | Representing | Consulting | Survey | Report | Rebuttal Report | Deposition | Trial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | O'Melveny & Myers LLP | 1425011675 | The Mortan Stuhlbarg and Susan Stuhlbarg Revocable Trust, The Stuhlbarg Charitable Render Unitrust, and Mortan Stuhlbarg and Susan Stuhlbarg as the trustees v. BKK Brands, Inc., and JARDEN Corporation | NY | IAMS Reference Number 1425011675 | Breach of Contract - Performance / Commercial Reasonableness | P | 1 | | 1 | | 1 | 1 |
| 51 | Paul Owens Law Firm | 91690001 | Orange Bang, Inc. v. Ole Mexican Foods, Inc. | FED | United States Patent and Trademark Office Before the Trademark Trial and Appeal Board | Trademark - Likelihood of Confusion | D | 1 | | 1 | | 1 | |
| 52 | Paul Wilkinson Law Firm LLC | 12-cv-1188, Div 409 | The Paul Wilkinson Law Firm, LLC and Paul Wilkinson v. Sawaya, Rose, McClure, Wilhite, PC | CO | United States District Court City and County of Denver Colorado | Defamation | P | 1 | | 1 | | 1 | |
| 53 | Ramirez and Associates PC | 1:13-cv-00077-C | Lipham Construction Co. v. Lioham Asphalt and Paving Co. | TX | United States District Court for the Northern District of Texas Abilene Division | Trade Dress - Likelihood of Confusion and Secondary Meaning | P | | 1 | 1 | | | |
| 54 | Richard Harrison PA Attorneys at Law | 8:13-cv-03278-JSM-MAP | One Hour Air Conditioning Franchising LLC d/b/a One Hour Air v. Dallas Unique Indoor Cofort, Ltd., d/b/a The On Time Experts | FL | United States District Court Middle District of Florida Tampa Division | Trade Dress - Likelihood of Confusion | D | | 1 | 1 | | 1 | 1 |
| 55 | Romero Park PC | 2:11-cv-00544 RSL | Kada Drgo, Inc. v. Smart Circle International, LLC | WA | United States District Court for the Western District of Washington at Seattle | Breach of Contract - Performance | P | | | | 1 | | |
| 56 | Shackelford Malton & McKinley | 12-07162 | Premier Pools, Inc. v. Premier Pools Management Corporation | TX | District Court Dallas County Texas 101st Judicial District | Trademark - Likelihood of Confusion | P | | 1 | 1 | | 1 | 1 |
| 57 | Sheef & Stone LLP | 91/205,077 | Picst LLC v. Evolved Novelties, Inc. | FED | United States Patent and Trademark Office Before the Trademark Trial and Appeal Board | Trademark - Likelihood of Confusion | P | 1 | 1 | 1 | | | |
| 58 | Sheehy Ware & Pappas | 2012-70156 | Rafael Ortega, Rosara Investments, LLC, LMMM Houston FSC, Ltd., and Soga Investments Ltd. v. Amin Abel, Siameera Al Abureuab, Mohamad Mostafa, Saeed Abdel Fatah, Super Bravo, Inc., Bravo Ranch Inc., Abel, Inc., and Bravo Grande, Inc. | TX | United States District Court Harris County Texas 29th Judicial District | Breach of Contract - Performance / Trade Areas | D | 1 | 1 | | | 1 | 1 |
| 59 | Sloan Matney | | Essential Energy Services v. Essential Lighting Solutions | TX | United States District Court Northern District of Texas Dallas Division | Trademark - Likelihood of Confusion | D | 1 | | 1 | | | |
| 60 | Spangenberg Shibley & Liber LLP** | 1:12cv488 | Edward W. Tovey v. Nike, Inc. et al. | OH | United States District Court Northern District of Ohio Eastern Division | Trademark Infringement, Counterfeiting and Fair Use | P | 1 | | 1 | | 1 | |

Page 4 of 5

21

**EXHIBIT A, Page 12**

Rhonda Harper Expert Report -- March 2017

| Rhonda Harper | | | | Expert Testimony | | | | | | | | 1/26/17 |

| | Firm | Case No. | Case | State | Court | Case Type | Representing | Consulting | Survey | Report | Rebuttal Report | Deposition | Trial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Stinson Leonard Street | 2:16-cv-00028-JVB-PRC | Texas Roadhouse Inc. v. Texas Corral Restaurants, Inc.; Texcot, Inc.; Texas Corral Restaurant; Chicago Roadhouse Concepts, LLC; and Paul Switzer | IN | United States District Court Northern District of Indiana | Trademark and Trade Dress - Likelihood of Confusion | P | | 1 | 3 | 3 | | |
| 62 | Sullivan & Cromwell LLP | 2:10-cv-113-TJW-CE | Mobile Media Ideas LLC v. Research in Motion Limited and Research in Motion Corporation | TX | United States District Court for the Eastern District of Texas Marshall Division | Patent Infringement | P | 1 | | | 1 | | |
| 63 | Swanson & Bratschen LLC | 1:15-cv-02000-LLK | SDB's Distribution, LLC v. Man Stuff, Inc. | CO | United States District Court for the District of Colorado | Trade Dress - Likelihood of Confusion and Secondary Meaning | D | 1 | 1 | 1 | 1 | | |
| 64 | Underwood Perkins | 3:13-cv-01474 | B.A.G. Corporation v. Sheldon Containers, Inc. | TX | United States District Court Northern District of Texas Dallas Division | Trademark - Likelihood of Confusion and Secondary Meaning | P | 1 | | | 1 | | |
| *** | Vorys Sater Seymour and Pease LLP*** | | Hayes v. Big Lots | FL | United States District Court | Personal Injury - Merchandising | D | 1 | | | | | |
| *** | Wagner Law | 8:15CV2334T30TBM | Phelan Holdings, Inc. v. Rare Hospitality Management, Inc. | FL | United States District Court Middle District of Florida Tampa Division | Trademark - Likelihood of Confusion | P | 1 | 1 | 1 | | 1 | |
| *** | Wagner McLaughlin PA | 1:14-cv-01133 | Kimberly Butry v. Ruiz Food Produces Inc. | CA | United States District Cout Eastern District of California | Employment Discrimination | D | 1 | | | | | |

P = 47 Cases   D = 21 Cases

| Consulting | Survey | Report | Rebuttal Report | Deposition | Trial |
|---|---|---|---|---|---|
| 44 | 37 | 60 | 11 | 24 | 11 |

187

Projects

\* *The 2013 Survey was not allowed as evidence, although the two others I conducted in this case were allowed. Although the downloaded spreadsheet of the raw results was provided to Defendant Counsel, I had added two rows in order to address the overall percentage from the retail percentage to add an analysis calculations. Unfortunately, in 2016, I did not any longer have access to the raw data from the online providers' database. The court disallowed the survey due to failure to preserve data and that it not been "authenticated."*

\*\* *This report in this case was not allowed. A Daubert motion was granted and a survey was recommended to the client but the third declined. The court stated that a survey should have been completed instead of an opinion based on marketing principles.*

\*\*\* *The court qualified me as a Merchandising Expert. However it was deemed that the attorney needed a shelf stocking expert (which I am not) instead. Therefore, I did not testify.*

015395.00008
15434605.1

22

**EXHIBIT A, Page 13**

# EXHIBIT B

CONFIDENTIAL – ATTORNEYS' EYES ONLY



**Exhibit B**

## Qualifications for Brian Buss

Mr. Buss is a founding principal of Nevium Intellectual Property Solutions. A Chartered Financial Analyst (CFA) with 20 years of experience in valuations, financial analysis and corporate finance both in the US and overseas; Mr. Buss provides licensing strategies for intellectual asset portfolios, guidance in determining economic damages in civil litigation, and performs valuations of trademarks, patents, brand assets, copyrights and other intangible assets.

### Expert Witness Experience

Gold Value International Textile, Inc. v. Sanctuary Clothing LLC, Amazon.com, Bloomingdale's, Inc., Dillard's Inc., Macy's, Inc., Nordstom, Inc., and Zappos IP, Inc.; Expert Report regarding economic damages and profit apportionment in copyright infringement claim; Case 2:16-cv-00339-JAK-FFM; Central District of California; 2017

Blue Gentian LLC and National Express, Inc. v. Tristar Products, Inc. and Wal-Mart Stores, Inc.; Expert Rebuttal Report and Deposition Testimony regarding economic damages in patent infringement claim; Civil Action No. 13-cv-1758 (D.N.J.); District of New Jersey; 2017

EDI International, P.C. v. Crestwood Station Plaza LLC, et. Al.; Expert Report regarding Economic Damages in copyright infringement claim involving architectural design plans; Case No. 15-cv-07281-KBF,USDC, Southern District of New York; 2016

James Ellis as Stockholders Agent for Gablit Holdings, Inc., v. Events.com, Inc.; Expert Report and Arbitration testimony regarding M&A due diligence, unpaid compensation and economic damages; Case No. 01-15-0004-5736, American Arbitration Association; 2016

Solar Sun Rings, Inc., v. Secard Pools et al.; Deposition Testimony and Expert Report regarding economic damages in a Lanham Act Claim; Case No. 5:14-cv-02417, USDC, Central District of California; 2015

Markwins Beauty Supply, Inc. v. Krystal Ball Productions, Inc., et al.; Expert Report in Arbitration proceedings regarding business valuation of Markwins Beauty Supply, Inc.; 2015

Yucaipa Corporate Initiatives Fund vs. Hawaiian Airlines; Expert Consulting regarding value of Airline brands and trademarks and use of trademarks in Internet Search and e-commerce; Case No. CV13-09060, USDC, Central District of California; 2015

Block Developers, LLC et al. v. Commissioner of Internal Revenue; Expert Report and Testimony for US Tax Court regarding reasonable royalty rate for use of patents by potential franchisees and valuation of construction materials patents; Docket No. 3198-10; 2014

Azco Biotech, Inc. v. Intelligent Bio-Systems, Inc.; Expert Report and Deposition Testimony regarding value of molecular diagnostics patents and early-stage businesses; Case No. 12CV2599 BEN DHB, USDC, Southern District of California; 2014

CONFIDENTIAL – ATTORNEYS' EYES ONLY



Amini Innovation Corporation vs. McFerran Home Furnishings, Inc., Expert Report regarding
trade dress and copyright infringement damages. Case No. CV13-06496-RSWL(SSx), USDC,
Central District of California; 2014

Star Fabrics v. Joyce Leslie, Inc. et al., Expert Report regarding economic impact of fabric design
copyright infringement and incremental profits achieved by defendants; United States District
Court, Central District of California; 2014

G-Unit Brands, Inc. v. Sleek Audio, Inc.; Expert Report, Deposition Testimony, and Arbitration
Hearing Testimony regarding value of celebrity promotional and marketing activities; JAMS Ref.
No 1425010166; 2014

Cengage Learning, Inc., et al.; United States Bankruptcy Court Eastern District of New York;
Expert Opinion and Rebuttal Opinion regarding valuation of higher education textbook
copyrights on behalf of the Second Lien Indenture Trustee in Chapter 11 bankruptcy; 2013-2014

United Fabrics International v. G-III Apparel Group, Ltd; and McKlein Company, LLC; Expert
Report regarding economic impact of Copyrights. Case No. CV13-00803-SH, United States
District Court, Central District of California; 2013

David Wolfe v. Sunfood LLC et al; Deposition Testimony regarding lost profit damages. Case No.
37-2011-00066729-CU-CTL, Superior Court of the State of California for the County of San
Diego; 2013

Syngenta Seeds, Inc. v. Bunge North America, Inc.; Deposition Testimony and Expert Report
regarding lost profit damages. Case No 5:11-cv-4074, United States District Court, Northern
District of Iowa Western Division; 2012

VolumeCocomo Apparel, Inc. v. Guess?, Inc.; Dillard's, Inc., Bloomingdale's, Inc. and Macy's,
Inc.; Deposition Testimony and Expert Report. Case No CV11-06694-RGK (RZx), United States
District Court, Central District of California; 2012

David Dick, et al v. First Citizens Bank and Trust Company, Inc., et al.; Deposition Testimony and
Expert Report. Case No. 2011CV201581, Superior Court of Fulton County, State of Georgia;
2012

United Fabrics International, Inc. v. Pat Rego, Inc., Lane Bryant, Inc, et al.; Expert Report. Case
No. CV10-5888-PSG (RZx), United States District Court, Central District of California; 2011

L.A. Printex Industries, Inc. v. Macy's Retail Holdings, Inc., et al.; Expert Report. CV09-3978 DSF
(AJWx), United States District Court, Central District of California; 2011

Lilyan Hassaine and Salim Salahi v. Home Depot, U.S.A., Inc. et al.; Expert Report. Case No 09-
CV-2215 MMA, United States District Court; 2010

Benjamin Gurfinkel v. Mike Riley, et al.; Deposition Testimony. Case No 37-2008-00079217-CU-
PO-CTL, Superior Court of California, County of San Diego, Central Division; 2009

## Education and Certification

San Diego State University; MBA; 2011

CONFIDENTIAL – ATTORNEYS' EYES ONLY



Chartered Financial Analyst (CFA); 1997
Claremont McKenna College; Bachelor of Arts, Biology & Economics; 1993

**Employment Experience**

Nevium Intellectual Property Solutions; San Diego CA, 2012 – present
Founding Principal:  provide IP valuation, analysis and strategic management services

CONSOR Intellectual Asset Management; San Diego CA, 2011 - 2012
Director:  supervised all client engagements for IP valuation and litigation services firm

Brodshatzer, Wallace, Spoon & Yip LLP; San Diego CA; 2007 - 2010
Director:  expert witness, litigation services and business valuation consulting

Tech M3, Inc.; San Diego CA; 2006 - 2007
Co-founder and financial officer for a technology start-up

Westpac Institutional Bank; Auckland New Zealand; 2003 – 2005
Commercial and Investment Banking

Deloitte & Touche; Auckland New Zealand and San Francisco CA; 1998 – 2003
Business valuation, purchase price allocation analysis and strategic consulting

Princeton Venture Research; San Diego CA; 1993 – 1997
Shareholder class-action litigation and business valuation consulting

**Publications and Presentations**

"Brand Valuations:  Identifying Opportunities and Challenges" published in The Value Examiner,
Special Issue, September/October 2016

"Misuses of IP Over the Internet:  Searching for Value" webinar presentation for Business
Valuation Resources (BVR), July 2016

"The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement
and Defamation Cases" published as a chapter in The Comprehensive Guide to Lost Profits and
Other Commercial Damages book by Business Valuation Resources (BVR), 2016

"Employing Internet and Social Media Analytical Tools in Valuation and Damages Calculations"
Featured Presenters at the NACVA and the CTI's 2016 Annual Conference, San Diego, June 2016

"Brand Due Diligence" Tools and Techniques for Supporting Successful Brand Driven
Transactions" Luncheon Table Topic at the International Trademark Association (INTA) Annual
Meeting, Orlando, FL, May 2016

"Brand Valuation" presentation at the University of New Hampshire School of Law Conference
on Brand Valuation, Concord, NH, April 2016

"Valuing IP Using an Apportionment Model" webinar presentation for Business Valuation
Resources (BVR), part of BVR's "Special Series on Intellectual Property", October 2015

CONFIDENTIAL – ATTORNEYS' EYES ONLY



"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation" presented at the NACVA and the CTI's 2015 Annual Conference, June 2015

"Internet Analytic Tools for Brand Valuation, Damages and Defamation" Table Topic discussion at INTA 2015 Annual Meeting, May 2015

"IP Valuation & Damages" panel presentation for Provisors Corporate Deal Professionals of San Diego, January 2015

"How to Calculate Damages for Internet and Social Media Infringement" presented to the 36th Annual Brand Activation Association Marketing Law Conference, November 2014

"Damages and Valuation for Internet IP Infringement and Defamation" presented to Internet Law Leadership Summit, May 2014

"Increase the Value of Your IP Through Licensing" presented to the San Diego Chapter of the Licensing Executives Society, March 2014

"Estimating and Managing the Economic Impact of Brand Disparagement" published in *World Trademark Review*, Issue 47, February 2014

"SFIA Legal Task Force Series: Intellectual Property Litigation & Valuation" presented to the Sports & Fitness Industry Association members, March 2013

"Key Concepts in Intellectual Property Valuation" Continuing Legal Education presentation for San Diego-area Law Firm, March 2013

"Copyright Valuation and Damages" Continuing Legal Education webinar for State Bar of California, Intellectual Property Law Section, March 2013

"Simplicity in Global IP Valuation" with Weston Anson, published in *Les Nouvelles* and *China Intellectual Property,* August 2012

"IP Valuation" continuing legal education seminars presented at multiple law firms, 2011-2012

"Financing Transport and Transport Infrastructure", paper and presentation at the New Zealand Freight Transport Summit, 2004

"Cash Flow Forecasting" presentation to New Zealand Institute of Chartered Accountants, 2002

"Intangible Asset Valuation", presentation to the New Zealand Licensing Executives Society, 2002