GRANT Y. CHIEN, (CA SBN 216668)
**CONTINENTAL LAW FIRM, APLC**
1108 South Baldwin Avenue, Second Floor
Arcadia, California 91007-7508
Telephone: (626) 789-5298
Facsimile: (626) 602-3861
E-Mail: Grant@ClawFirm.com

**Attorney for Defendants and Counterclaimants**
FONG WARE CO. LTD; FONGWARE LLC;
FONG WARE INDUSTRIAL CO. LTD; and
KEN-ZUEI LIU

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BOILING POINT GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FONG WARE CO. LTD, a California corporation,<br><br>Defendant | **CASE NO.: 2:16-CV-01672 RGK (JEMx)**<br><br>**~~[PROPOSED]~~ GRANTING SUMMARY JUDGMENT**<br><br>*[Notice of Motion and Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Ken Liu, Declaration of Grant Chien, and filed concurrently herewith]*<br><br>Date: April 17, 2017<br>Time: 9:00 a.m.<br>Courtroom: 850, 8th Floor |
| FONG WARE CO. LTD, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BOILING POINT GROUP, INC., a California corporation,<br><br>Counterclaim-Defendant. | |

THIS MATTER having come before the Court upon the Motion for Summary Judgment as to Plaintiff Boiling Point Group Inc.'s First Count for Patent Infringement filed by Continental Law Firm, APLC for Defendants and Counterclaimant FONG WARE CO. LTD; FONGWARE LLC; FONG WARE INDUSTRIAL CO. LTD; and KEN-ZUEI LIU (collectively "FW Defendants") and the Court having considered the papers submitted in support of and in opposition to the Motion ~~and the arguments of counsel~~; and for good cause shown;

IT IS SO ORDERED and adjudged that FW Defendants' Motion for Summary is hereby GRANTED and Plaintiff's First Count for Design Patent Infringement is hereby dismissed and judgment is entered for Defendants, with prejudice, in its entirety.

Dated: APR 28 2017, 2017

HON. JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICDT JUDGE